IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSE SAINT JACQUES, | Civil No. 1:21-cv-1144 |
| Petitioner | (Judge Mariani) |
| v. | |
| DEPARTMENT OF HOMELAND SECURITY, et al., | |
| Respondents | |

**ORDER**

**AND NOW**, this 29th day of September, 2021, upon consideration of Petitioner Jesse Saint Jacques' petition (Doc. 1) for a writ of habeas corpus under 28 U.S.C. § 2241, and Respondents' opposition thereto, (Doc. 12), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. Saint Jacques' petition (Doc. 1) for a writ of habeas corpus is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge